[Civil No. 4209. Filed November 12, 1940.]

[107 Pac. (2d) 216.]

SOUTHERN PACIFIC COMPANY, a Corporation, Appellant, v. MARICOPA COUNTY, a Political Subdivision and Municipal Corporation of the State of Arizona, and ED OGLESBY, Treasurer and Ex-officio Tax Collector of Maricopa County, Arizona, Appellees.

Messrs. Baker & Whitney and Mr. Lawrence L. Howe, for Appellant.

Mr. Richard F. Harless, County Attorney, and Mr. Leslie C. Hardy, Deputy County Attorney, for Appellees.

PER CURIAM.—This action was for taxes paid under protest under the same circumstances as those paid in *Southern Pacific Company, a Corporation, Appellant,* v. *Maricopa County, a Political Subdivision*

*and Municipal Corporation of the State of Arizona, and Ed Oglesby, Treasurer and Ex-officio Tax Collector of Maricopa County, Arizona, Appellees, ante,* p. 247, 107 Pac. (2d) 212, and it was stipulated that the two cases should be disposed of together.

For the reasons set forth, the judgment of the trial court is affirmed as to the second cause of action, and is reversed as to the first and remanded with instructions to overrule the demurrer thereto, and for such further proceedings as may be necessary.

ROSS, C. J., and LOCKWOOD and McALISTER, JJ., concur.